**Arthur VANMOOR, Plaintiff–Appellant,**

v.

**SONOCO PRODUCTS COMPANY, INC., Daniel P. Abernathy, Kent Lefebvre, Alston & Bird, and Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A., Defendants–Appellees.**

No. 04–1017.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2004.

Blas P. Arroyo, Alston & Bird, Charlotte, NC, for Defendants–Appellees.

Seth P. Robert, Connis O. Brown, III, Brown Robert, Ft. Lauderdale, FL, for Plaintiff–Appellant.

Before NEWMAN, MICHEL, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36